
**WO**  RP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Calvin Neuendorf, II, | No. CV 10-724-PHX-RCB (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Bette Jan Steinhillber, et al., | |
| Defendant. | |

Pending in this closed case are Plaintiff's "Motion to the Court" (Doc. 8) and lodged Second Amended Complaint (Doc. 9). The Court will deny Plaintiff's Motion and direct the Clerk of Court not to file Plaintiff's lodged Second Amended Complaint.

**I.    Procedural Background**

On March 31, 2010, Plaintiff John Calvin Neuendorf, II, who is confined in the Maricopa County Fourth Avenue Jail, filed a *pro se* civil rights Complaint (Doc. 1) and an Application to Proceed *In Forma Pauperis* (Doc. 3). By Order filed May 5, 2010 (Doc. 5), the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*, assessed a partial filing fee of $1.53, and dismissed the Complaint for lack of subject matter jurisdiction. Plaintiff was given 30 days from the filing date of the Order to file a first amended complaint in compliance with the Order. The Clerk of Court was directed to enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff if he failed to file a first amended complaint within 30 days.

When Plaintiff failed to comply with the Court's May 5, 2010 Order (Doc. 5), the Clerk of Court entered a Judgment of dismissal of this action on June 21, 2010 (Doc. 7).

**II.     Motion to the Court**

On July 8, 2010, Plaintiff filed a "Motion to the Court" (Doc. 8), in which he asks for "extensions & or the re[]opening and new directives" for this and two other cases.[1] In the present case, where Plaintiff submitted his Motion after entry of judgment, the only appropriate procedural devices are: (1) a motion to alter or amend judgment pursuant to Rule 59(e), Federal Rules of Civil Procedure; or (2) a motion for relief from judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure. Here, Plaintiff served his Motion within the 28 days required by Rule 59(e). Accordingly, the Court will construe Plaintiff's Motion as having been brought pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) (citation omitted).

In support of his Motion, Plaintiff asserts that he has "tried to compile all information needed for the Court but must ask the Court for leniency in l[ay]man terms." Plaintiff further asserts that he is "in jail with no monies and need[s] to reopen all above cases."

Here, after having considered the foregoing standards, and liberally reviewing the circumstances of Plaintiff's case, the Court's previous Order filed May 5, 2010 (Doc. 5), the record in this case, and Plaintiff's Motion, the Court declines to set aside the Judgment of dismissal entered on June 21, 2010 (Doc. 7) and reopen this case. The Judgment of dismissal was entered in this action for Plaintiff's failure to comply with the Court's May 5, 2010 Order. Plaintiff does not dispute that he failed to so comply. Accordingly, the Court will

---

[1] The two other cases which Plaintiff included in his Motion were Neuendorf v. Unknown Party, CV 10-124-PHX-RCB (DKD), and Neuendorf v. Arizona, CV 10-607-PHX-RCB (DKD).

1 deny Plaintiff's Motion.

2 **III.    Lodged Second Amended Complaint**

3 On July 19, 2010, Plaintiff lodged a Second Amended Complaint (Doc. 9) in this
4 closed case. In light of the denial of Plaintiff's Motion (Doc. 8), the Court will direct the
5 Clerk of Court not to file Plaintiff's lodged Second Amended Complaint.

6 **IT IS ORDERED**:

7 (1) Plaintiff's "Motion to the Court" (Doc. 8), which the Court **construes** as being
8 brought pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is **denied**.

9 (2) The Clerk of Court **must not file** Plaintiff's lodged Second Amended
10 Complaint (Doc. 9).

11 (3) This case **must remain closed**.

12 DATED this 14th day of September, 2010.

_____
Robert C. Broomfield
Senior United States District Judge